KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Alexander Hernandez-Hernandez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No.   CV-26-03107-PHX-MJM (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to answer the Petition. (Doc. 3.)  In the Response, Respondents state they "do not oppose Petitioner's request for a bond hearing at this time," but note that detention is statutorily authorized as Petitioner remains in removal proceedings while his appeal is pending.  (Doc. 6.)  The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1)   Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2)   Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3)   Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4)    Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

DATED this 6th day of July, 2026.

_____
Michael J. McShane
United States District Judge